| Issco, Inc<br>1310 SE Hamblen Road<br>Lees Summit, MO 64081 | Wages | Rate | Hours Reg | OT | Amount | YTD | Deductions | Amount | YTD |
|---|---|---|---|---|---|---|---|---|---|
| | Salary | 20.19 | 86.67 | | 1,750.00 | 25,603.88 | Life Ins | 42.93 | 643.95 |
| | Commission | 2,358.85 | | | 2,358.85 | 21,049.26 | Health Ins | 44.97 | 719.52 |
| John D Reeves | Vacation | 20.19 | | | 0.00 | 0.00 | Car - Personal Use | 100.00 | 1,500.00 |
| 8423 N Winan Ave | Holiday | 20.19 | | | 0.00 | 646.12 | Loan | | 3,006.18 |
| Kansas City, MO 64153 | Personal | 20.19 | | | 0.00 | 1,130.71 | | | |
| Social Security #:   6668 | | | | | | | | | |
| Department:   BTM-Office | | | | | | | | | |
| Employee ID:   818 | **Total Wages** | | 86.67 | | 4,108.85 | 48,429.97 | **Total Deductions** | 187.90 | 5,869.65 |
| Period Begin:   07/27/14 | Withholdings | | | | Amount | YTD | | Amount | YTD |
| Period End:   08/13/14 | FICA-SS | | | | 254.75 | 3,002.66 | Net Check | 0.00 | 0.00 |
| Check Date:   08/15/14 | FICA-MED | | | | 59.57 | 702.23 | Direct Deposit Acct | Amount | YTD |
| Check Number:   52357 | FIT | | | | 511.59 | 5,757.31 | ███████ | 2,882.95 | 30,725.78 |
| Benefit   YTD Used   Available | Missouri SIT | | | | 171.00 | 1,888.00 | | | |
| | Missouri Kansas City City Tax | | | | 41.09 | 484.34 | | | |
| | **Total Withholdings** | | | | 1,038.00 | 11,834.54 | **Direct Deposit Total** | 2,882.95 | 30,725.78 |

THE FACE OF THIS CHECK HAS A COLORED BACKGROUND ON WHITE PAPER; THE BACK: A UNIQUE CHECK IDENTITY BAR CODE AND A WATERMARK - HOLD AT AN ANGLE TO VIEW.

Issco, Inc
1310 SE Hamblen Road
Lees Summit, MO 64081

52357

Check date:   08/15/14

**Pay to the order of:**   John D Reeves     $ ************0.00

**Zero and 00/100**********************************************

John D Reeves
8423 N Winan Ave
Kansas City, MO 64153

MP

| Issco, Inc | Wages | Rate | Hours Reg | OT | Amount | YTD | Deductions | Amount | YTD |
|---|---|---|---|---|---|---|---|---|---|
| 1310 SE Hamblen Road | Salary | 20.19 | 86.67 | | 1,750.00 | 23,853.88 | Life Ins | 42.93 | 601.02 |
| Lees Summit, MO 64081 | Commission | 0.00 | | | 0.00 | 18,690.41 | Health Ins | 44.97 | 674.55 |
| | Vacation | 20.19 | | | 0.00 | 0.00 | Car - Personal Use | 100.00 | 1,400.00 |
| John D Reeves | Holiday | 20.19 | | | 0.00 | 646.12 | Loan | | 3,006.18 |
| 8423 N Winan Ave | Personal | 20.19 | 8.00 | | 161.53 | 1,130.71 | | | |
| Kansas City, MO 64153 | | | | | | | | | |
| Social Security #:  6668 | | | | | | | | | |
| Department:  BTM-Office | Total Wages | | 94.67 | | 1,911.53 | 44,321.12 | Total Deductions | 187.90 | 5,681.75 |
| Employee ID:  818 | Withholdings | | | | Amount | YTD | | Amount | YTD |
| Period Begin:  07/14/14 | FICA-SS | | | | 118.52 | 2,747.91 | Net Check | 0.00 | 0.00 |
| Period End:  07/26/14 | FICA-MED | | | | 27.72 | 642.66 | Direct Deposit Acct | Amount | YTD |
| Check Date:  07/31/14 | FIT | | | | 146.73 | 5,245.72 | ~~xxxxxxxx~~ | 1,356.54 | 27,842.83 |
| Check Number:  52296 | Missouri SIT | | | | 55.00 | 1,717.00 | | | |
| Benefit  YTD Used  Available | Missouri Kansas City City Tax | | | | 19.12 | 443.25 | | | |
| | Total Withholdings | | | | 367.09 | 10,796.54 | Direct Deposit Total | 1,356.54 | 27,842.83 |

---

THE FACE OF THIS CHECK HAS A COLORED BACKGROUND ON WHITE PAPER; THE BACK, A UNIQUE CHECK IDENTITY BAR CODE AND A WATERMARK - HOLD AT AN ANGLE TO VIEW.

Issco, Inc
1310 SE Hamblen Road
Lees Summit, MO 64081

52296

Check date:   07/31/14

**Pay to the order of:**  John D Reeves                                                                $  ************0.00

**Zero and 00/100**********************************************************

John D Reeves
8423 N Winan Ave
Kansas City, MO 64153

VOID

| Issco, Inc<br>1310 SE Hamblen Road<br>Lees Summit, MO 64081 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Wages** | **Rate** | **Hours Reg** | **OT** | **Amount** | **YTD** | **Deductions** | **Amount** | **YTD** |
| Salary | 20.19 | 78.67 | | 1,588.47 | 22,103.88 | Life Ins | 42.93 | 558.09 |
| Commission | 3,654.03 | | | 3,654.03 | 18,690.41 | Health Ins | 44.97 | 629.58 |
| Vacation | 20.19 | | | 0.00 | 0.00 | Car - Personal Use | 100.00 | 1,300.00 |
| Holiday | 20.19 | 8.00 | | 161.53 | 646.12 | Loan | | 3,006.18 |
| Personal | 20.19 | | | 0.00 | 969.18 | | | |

John D Reeves
8423 N Winan Ave
Kansas City, MO 64153

Social Security #: 6668
Department: BTM-Office
Employee ID: 818
Period Begin: 06/27/14
Period End: 07/13/14
Check Date: 07/15/14
Check Number: 52232

Benefit    YTD Used    Available

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Total Wages** | | 86.67 | | 5,404.03 | 42,409.59 | **Total Deductions** | 187.90 | 5,493.85 |
| **Withholdings** | | | | Amount | YTD | | Amount | YTD |
| FICA-SS | | | | 335.05 | 2,629.39 | **Net Check** | 0.00 | 0.00 |
| FICA-MED | | | | 78.36 | 614.94 | **Direct Deposit Acct** | Amount | YTD |
| FIT | | | | 835.38 | 5,098.99 | ~~63002033~~ | 3,665.30 | 26,486.29 |
| Missouri SIT | | | | 248.00 | 1,662.00 | | | |
| Missouri Kansas City City Tax | | | | 54.04 | 424.13 | | | |
| **Total Withholdings** | | | | 1,550.83 | 10,429.45 | **Direct Deposit Total** | 3,665.30 | 26,486.29 |

---

THE FACE OF THIS CHECK HAS A COLORED BACKGROUND ON WHITE PAPER; THE BACK, A UNIQUE CHECK IDENTITY BAR CODE AND A WATERMARK - HOLD AT AN ANGLE TO VIEW.

Issco, Inc
1310 SE Hamblen Road
Lees Summit, MO 64081

52232

Check date: 07/15/14

**Pay to the order of:** John D Reeves    $ ************0.00

**Zero and 00/100**********************************************************

John D Reeves
8423 N Winan Ave
Kansas City, MO 64153

VOID VOID VOID VOID

| Issco, Inc<br>1310 SE Hamblen Road<br>Lees Summit, MO 64081 | Wages | Rate | Hours Reg | OT | Amount | YTD | Deductions | Amount | YTD |
|---|---|---|---|---|---|---|---|---|---|
| | Salary | 20.19 | 86.67 | | 1,750.00 | 18,765.41 | Life Ins | 42.93 | 472.23 |
| | Commission | 1,817.80 | | | 1,817.80 | 15,036.38 | Health Ins | 44.97 | 539.64 |
| John D Reeves<br>8423 N Winan Ave<br>Kansas City, MO 64153 | Vacation | 20.19 | | | 0.00 | 0.00 | Car - Personal Use | 100.00 | 1,100.00 |
| | Holiday | 20.19 | | | 0.00 | 484.59 | Loan | | 3,006.18 |
| | Personal | 20.19 | | | 0.00 | 807.65 | | | |
| Social Security #:   6668<br>Department:   BTM-Office<br>Employee ID:   818 | | | | | | | | | |
| | **Total Wages** | | 86.67 | | 3,567.80 | 35,094.03 | **Total Deductions** | 187.90 | 5,118.05 |
| Period Begin:   05/27/14<br>Period End:   06/13/14<br>Check Date:   06/13/14<br>Check Number:   52105 | Withholdings | | | | Amount | YTD | | Amount | YTD |
| | FICA-SS | | | | 221.20 | 2,175.83 | **Net Check** | 0.00 | 0.00 |
| | FICA-MED | | | | 51.73 | 508.86 | Direct Deposit Acct | Amount | YTD |
| | FIT | | | | 395.17 | 4,116.88 | ███████ | 2,537.12 | 21,464.44 |
| Benefit   YTD Used   Available | Missouri SIT | | | | 139.00 | 1,359.00 | | | |
| | Missouri Kansas City City Tax | | | | 35.68 | 350.97 | | | |
| | **Total Withholdings** | | | | 842.78 | 8,511.54 | **Direct Deposit Total** | 2,537.12 | 21,464.44 |

---

THE FACE OF THIS CHECK HAS A COLORED BACKGROUND ON WHITE PAPER: THE BACK. A UNIQUE CHECK IDENTITY BAR CODE AND A WATERMARK - HOLD AT AN ANGLE TO VIEW.

Issco, Inc
1310 SE Hamblen Road
Lees Summit, MO 64081

52105

Check date:   06/13/14

**Pay to the order of:** John D Reeves                                $ *************0.00

**Zero and 00/100*****************************************************

John D Reeves
8423 N Winan Ave
Kansas City, MO 64153

MP

| Issco, Inc<br>1310 SE Hamblen Road<br>Lees Summit, MO 64081 | Wages | Hours | Reg Pay | | YTD | Deductions | Amount | YTD |
|---|---|---|---|---|---|---|---|---|
| | Salary | 20.19 | 86.67 | 1,750.00 | 18,765.41 | Life Ins | 42.93 | 472.23 |
| | Commission | 1,817.80 | | 1,817.80 | 15,036.38 | Health Ins | 44.97 | 539.64 |
| John D Reeves<br>8423 N Winan Ave<br>Kansas City, MO 64153 | Vacation | 20.19 | | 0.00 | 0.00 | Car - Personal Use | 100.00 | 1,100.00 |
| | Holiday | 20.19 | | 0.00 | 484.59 | Loan | | 3,006.18 |
| | Personal | 20.19 | | 0.00 | 807.65 | | | |
| Social Security #: 6668<br>Department: BTM-Office<br>Employee ID: 818 | | | | | | | | |
| | Total Wages | | 86.67 | 3,567.80 | 35,094.03 | Total Deductions | 187.90 | 5,118.05 |
| Period Begin: 05/27/14<br>Period End: 06/13/14 | Withholdings | | | Amount | YTD | | Amount | YTD |
| Check Date: 06/13/14 | FICA-SS | | | 221.20 | 2,175.83 | Net Check | 0.00 | 0.00 |
| Check Number: 52105 | FICA-MED | | | 51.73 | 508.86 | Direct Deposit Acct | Amount | YTD |
| Benefit YTD Used Available | FIT | | | 395.17 | 4,116.88 | ████████ | 2,537.12 | 21,464.44 |
| | Missouri SIT | | | 139.00 | 1,359.00 | | | |
| | Missouri Kansas City City Tax | | | 35.68 | 350.97 | | | |
| | Total Withholdings | | | 842.78 | 8,511.54 | Direct Deposit Total | 2,537.12 | 21,464.44 |

---

THE FACE OF THIS CHECK HAS A COLORED BACKGROUND ON WHITE PAPER. THE BACK, A UNIQUE CHECK IDENTITY BAR CODE AND A WATERMARK - HOLD AT AN ANGLE TO VIEW.

Issco, Inc  
1310 SE Hamblen Road  
Lees Summit, MO 64081

52105

Check date: 06/13/14

**Pay to the order of:** John D Reeves $ \*\*\*\*\*\*\*\*\*\*\*\*0.00

\*\*Zero and 00/100\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

John D Reeves  
8423 N Winan Ave  
Kansas City, MO 64153

MP

*[VOID watermark across check]*