## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: ) | |
| JOHN D. REEVES & GLORIA NMN REEVES ) | |
| ) | CASE NO. 14-50341 |
| ) | |
| DEBTORS ) | |

### NOTICE OF AMENDMENT OF SCHEDULE OF DEBTS
### AND ADDITION OF CREDITOR

You are hereby notified that the debtor has filed amended schedules of debt to include creditors listed below or on the attachment. By separate copy, you are also notified of the full social security number of the debtor(s).

1. Creditor:       St. Luke's Northland
                   5830 NW Barry Rd.
                   Kansas City, MO 64154-2778

2. Claim:          Medical debt in the alleged amount of $9,396.00

3. This claim has been scheduled as: [ ] priority; [ ] secured; [X] general unsecured.

4. Chapter 13 Trustee:    Richard Fink
                          Suite 800
                          818 Grand Blvd
                          Kansas City, MO 64106−1910
                          Telephone number: 816−842−1031

5. Deadline for filing complaints objecting to discharge of specific debts or the general discharge of debtor under 11 U.S.C. §§ 523, 727: 60 days after 341 Meeting of Creditors or December 1, 2014.

6. Deadline for filing proofs of claim: This is a Chapter 13 case. You have 30 days from the date of this notice or until the bar date, whichever is later, to file your proof of claim.

Respectfully Submitted,

/s/ Steven A. Shepherd
Terry L. Lawson, Jr, MO #53203
Steven A. Shepherd MO #66222
700 E. 8th Street, Suite 300
Kansas City, MO 64106
816-802-6677
816-802-6678 fax
terry@llckc.com & steve@llckc.com
ATTORNEYS FOR DEBTORS

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing was delivered electronically on October 24, 2014, to all parties receiving notice via CM/ECF, including the following parties or via U.S. Mail:

Richard V. Fink, Trustee
via ECF

Office of the United States Trustee
400 East 9th Street, Room 3440
Kansas City, MO 64106
via U.S. Mail

Venture Financial Services
PO Box 16568
Raytown, MO 64133-0568
Notice only for creditor

I also certify the above notice and a separate notice of the full social security number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on October 24, 2014.

                              /s/ Steven A. Shepherd
                              ATTORNEY FOR DEBTORS