# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: JOHN D REEVES                                        CASE NUMBER: 1450431
DEBTOR 2 NAME: GLORIA NMN REEVES

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __10/30/2014__ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

JOHN D REEVES,8423 N WINAN AVE,KANSAS CITY MO 64153-3623

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : __10/30/2014__           Signature : _____Robert J. Wallace, Jr._____

                                            Premium Graphics, Inc.
                                            2099 Thomas Road Suite 10
                                            Memphis, TN 38134

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: | In Proceedings for a Plan under Chapter 13 |
| John D Reeves & Gloria Nmn Reeves | Case No.: 14-50431-can-13 |
| Debtors | |
| SSN XXX-XX-6668 | |
| SSN XXX-XX-3815 | |

## AMENDED ORDER DIRECTING DEBTOR TO PAY TRUSTEE

The Court, having determined that it has exclusive jurisdiction of your wages, salaries, commissions and future earnings for the purpose of paying your debts under the Chapter 13 plan, it is hereby ORDERED that you pay the amounts listed on the schedule below to:

Richard V. Fink
Chapter 13 Trustee
P.O. Box 1839
Memphis, TN 38101-1839

All payments are due as called for under your plan.  Payments are to be made with a Money Order, Cashier's Check or Personal Check.  **CASH WILL NOT BE ACCEPTED.**  Your name and Chapter 13 case number must be listed on each remittance.

You can contact the trustee's office at (816) 842-1031.

Failure to comply with this Order may result in your plan being dismissed.

Date:  October 29, 2014

/s/ Cynthia A. Norton

Bankruptcy Judge

PLAN PAYMENTS:

| Due Date | | | Periods |
|---|---|---|---|
| September 25, 2014 | $869.42 | monthly | 2.00 |
| November 25, 2014 | $524.00 | monthly | Until further Order of the Court |